# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDALL GOLDMAN<br><br>*Plaintiff,*<br><br>v.<br><br>ALEX AZAR II, in his official capacity as the Secretary of the Department of Health and Human Services.<br><br>*Defendant.* | Civil Action No. 4:20-cv-00463 |

**DECLARATION OF DEBRA M. PARRISH**

I, Debra M. Parrish, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and corrected based upon my personal knowledge and belief:

1.      I am an attorney admitted to practice in the Commonwealth of Pennsylvania, the District of Columbia, and the States of Florida and North Carolina. I am also admitted to practice in the Ninth and Eleventh Circuits. I am also a member of the Bar of the United States Patent & Trademark Office.

2.      I have a Bachelor of Science degree in Biomedical Engineering and a J.D., both from Duke University.

3.      I am a member of the American Health Lawyers Association, the National Association of College and University Attorneys, the Council of Science Editors and the Society of Research Administrators.

4.      I previously worked as a government attorney with the Department of Health and Human Services in the Office of Research Integrity.

5.   I have been representing Medicare beneficiaries since at least 2013 and have participated in thousands of Administrative Law Judge hearings in the Medicare appeals process.

6.   I am also the founder and managing partner of Parrish Law Offices. Since 2015, Parrish Law Offices has employed three attorneys (myself, Bridget Noonan, and James Pistorino). While Mr. Pistorino's area of practice is primarily federal litigation, Ms. Noonan and myself handle nearly all of the requests for ALJ hearings on behalf of beneficiaries and also conduct the hearings themselves.

7.   In the usual course of its business, Parrish Law Offices maintain records of requests for ALJ hearings filed on behalf of beneficiaries as well as the hearings conducted. I have reviewed these records and they reflect that in FY2019, Parrish Law Offices filed 502 requests for ALJ hearing on behalf of beneficiaries represented by Parrish Law Offices. During FY2019, Parrish Law Offices conducted 472 ALJ hearings on behalf of beneficiaries.

8.   Based on the thousands of ALJ hearings I have personally participated in, I believe that the average ALJ hearing lasts 30 minutes or less.

Dated: 12/29/20

_____
Debra M. Parrish